B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Herman Degraffenreid**
         **Lynnette Degraffenreid**                                    Case No.    10 B 31764
                              Debtor(s)                                Chapter     7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __74.75__ Check one    ☐ With the filing of the petition, or
                         ☒ On or before __Aug. 15, 2010__
$ __74.75__ on or before __Sep. 14, 2010__
$ __74.75__ on or before __Oct. 14, 2010__
$ __74.75__ on or before __Nov. 13, 2010__

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __7/26/10__

BY THE COURT

_Eugene R. Wedoff_
United States Bankruptcy Judge